UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

**CONSENT TO PROCEED BY TELECONFERENCE**

-cr- ( )

, 

Defendant(s).
------------------------------------------------------------X

Defendant __Hector Cerero__ hereby voluntarily consents to participate in the following proceeding via ~~videoconferencing~~ teleconferencing:

✓ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

✓ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

___ Felony Plea/Trial/Sentence

__Hector Cerero (by J. Masella)__  __[signature]__
Defendant's Signature                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Hector Cerero__                __Jessica Masella / John Hillebrecht__
Print Defendant's Name           Print Defense Counsel's Name

This proceeding was conducted by reliable telephone conferencing technology and the dial-in information for the call was publicly available and provided to the press.

October 26, 2020                 __[signature]__
Date                             U.S. Magistrate Judge – ONA T. WANG