UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA,

        -against-

HECTOR CEREZO,

                        *Defendant.*

------------------------------------------------------------- x

**SCHEDULING ORDER**

20 Cr. 589 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The pre-trial conference previously scheduled for October 7, 2021 is hereby adjourned.

        The parties are hereby ordered to appear for a pre-trial conference on October 12, 2021 at 10:30 a.m., which will be held via the following call-in number:

        **Call-in number: 888-363-4749**

        **Access code: 7518680**

        Time is excluded until October 12, 2021; in the interest of justice.

        To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call in **5 minutes** prior to the start of the conference.

        Finally, no later than October 4, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

        SO ORDERED.

Dated:    September 21, 2021                  __/s/_Alvin K. Hellerstein_____
              New York, New York            ALVIN K. HELLERSTEIN
                                                          United States District Judge