UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
                                            :

UNITED STATES OF AMERICA               :    **SCHEDULING ORDER**

                                            :    20 Cr. 589 (AKH)

        -against-                      :

                                            :

HECTOR CEREZO,                        :

                        Defendant.      :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

         The pre-trial conference scheduled for October 12, 2021 is hereby adjourned. The

parties are hereby ordered to appear for a pre-trial conference on, and time is excluded through,

October 14, 2021 at 12:00 p.m.., which will be held via the following call-in number:

              **Call-in number: 888-363-4749**

              **Access code: 7518680**

         To ensure that the call proceeds smoothly and to avoid disruption, the Court

directs those calling in (other than counsel) to mute their telephones.  Additionally, all

participants are directed to call in **5 minutes** prior to the start of the conference.

         Finally, no later than October 12, 2021, at 12:00 p.m., the parties shall jointly

submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list

of all counsel expected to appear on the record, along with their contact information.

             SO ORDERED.

Dated:      October 4, 2021            __/s/ Alvin K. Hellerstein_____
           New York, New York       ALVIN K. HELLERSTEIN
                                United States District Judge