UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
UNITED STATES OF AMERICA                        :
                                                :
                                                :      **SCHEDULING ORDER**
                                                :
                                                :      20 Cr. 589 (AKH)
    -against-                                   :
                                                :
HECTOR CEREZO                                   :
                                                :
                                                :
                                                :
                        Defendant.              :
---------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The conference scheduled for December 14, 2021 is hereby adjourned to December 17, 2021 at 11:30 a.m. The conference shall take place in Courtroom 14D. Time is excluded in the interests of justice, from December 14, 2021 to December 17, 2021 at 11:30 a.m.

      No later than December 15, 2021, at 12:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    December 8, 2021                   /s/ Alvin K. Hellerstein
            New York, New York            ALVIN K. HELLERSTEIN
                                                  United States District Judge