**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 9, 2022

**By ECF**

The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *United States v. Hector Cerezo*, 20 CR 589 (AKH)

Dear Judge Hellerstein,

[Handwritten: Conference is adjourned and time is excluded until By March 14, 2022 at 12:00 p.m., in the interest of justice. /s/ A.K. Hellerstein 3/10/2022]

The Government respectfully submits this letter on behalf of the parties to request that the change of plea on March 8, 2022, which could not go forward because the defendant was not able to be produced, be rescheduled for an in-person change of plea in the courthouse on March 14, 2022 at 12:00 PM, a date and time that the parties understand is convenient to the Court. With the consent of the defendant, the Government also respectfully requests that the Court exclude time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7) through the date of any granted adjournment on the basis that the interests of the public and the defendant in a speedy trial are outweighed here by the interests of the defendant in having the opportunity to achieve a pretrial disposition.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Thomas John Wright*
Thomas John Wright
Assistant United States Attorney
(212) 637-2295

cc: Jessica Masella (Counsel to Defendant Hector Cerezo) (by ECF)