UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA            :
                                    :
                                    :      **SCHEDULING ORDER**
      -against-                     :
                                    :      20 Cr. 589 (AKH)
                                    :
                                    :
HECTOR CEREZO,                      :
                                    :
                      Defendant.    :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing previously scheduled for June 29, 2022, is hereby adjourned.

Sentencing shall take place on July 21, 2022, at 11:30 a.m. in Courtroom 14D, 500 Pearl Street, NY, NY.

      SO ORDERED.

Dated:    June 27, 2022                    /s/ Alvin K. Hellerstein
             New York, New York       ALVIN K. HELLERSTEIN
                                             United States District Judge