UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
UNITED STATES OF AMERICA     :
                             :
                             :  **SCHEDULING ORDER**
       -against-             :
                             :  20 Cr. 589 (AKH)
                             :
HECTOR CEREZO,               :
                             :
                Defendant.   :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing currently scheduled for February 6, 2023, is hereby adjourned to February 7, 2023, at 12:00 p.m.

        SO ORDERED.

Dated:    January 27, 2023                    /s/ Alvin K. Hellerstein
             New York, New York            ALVIN K. HELLERSTEIN
                                                          United States District Judge