UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA           :
                                   :
                                   :  **SCHEDULING ORDER**
          -against-                :
                                   :  20 Cr. 589 (AKH)
                                   :
                                   :
HECTOR CEREZO,                     :
                                   :
                    Defendant.
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The sentencing currently scheduled for February 7, 2023, is hereby adjourned to March 2, 2023, at 10:00 a.m.

      SO ORDERED.

Dated:   February 6, 2023              /s/ Alvin K. Hellerstein
         New York, New York            ALVIN K. HELLERSTEIN
                                       United States District Judge